IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY BAKER JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:16cv182-MHT (WO) |
| CITY OF BRUNDIDGE, et al., | ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that plaintiff's motion for an order requiring the United States Magistrate Judge to enter an appropriate disposition or recommendation (doc. no. 32) is denied.  This court is experiencing a judicial emergency, which has resulted in all judges carrying extremely heavy caseloads.  The United States Magistrate Judge will enter an appropriate recommendation as soon as possible in light of that caseload.  In addition, the four or five months that have lapsed since the filing of pretrial motions is not unusual or unreasonable.

DONE, this the 28th day of April, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**