IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY BAKER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv182-MHT |
| | ) | (WO) |
| CITY OF BRUNDIDGE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff, who is pro se, filed this lawsuit asserting claims against the defendant city, municipal and state court judges, prosecutors, and other governmental officials and employees for alleged constitutional and statutory violations. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for his repeated failure to comply with the court's orders that he file an amended complaint. Also before the court are plaintiff's objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of October, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**